**JS-6**
Admin Close

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Certain Interested Underwriters at Lloyd's, London Subscribing to Certificate No. UMR: B12841126M15, an unincorporated foreign association of underwriters, a/s/o Pita Pal Industries Inc., a Texas corp.,<br><br>Plaintiff,<br><br>vs.<br><br>Costco Wholesale Corporation, a Washington State corporation, and DOES 1-5, inclusive,<br><br>Defendant. | Case No: 5:16-cv-02530-JGB-KK<br>[Assigned to Hon. Jesus G. Bernal, and Magistrate Judge Kenly Kiya Kato]<br>(Complaint filed on December 7, 2016)<br><br>**ORDER RE: JOINT STIPULATION FOR BINDING ARBITRATION AND STAY OF ACTION**<br><br>Complaint Served: December 19, 2016<br>Current Response Date: February 17, 2017<br>New Response Date: March 20, 2017 |

**TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Certain Interested Underwriters at Lloyd's, London ("Plaintiff") and Defendant COSTCO WHOLESALE CORPORATION ("Defendant") brought a joint stipulation to submit to a binding arbitration and stay the action.

Having considered the motion and the reasons in support thereof, the Court orders as follows:

-2-

1. The parties stipulate and agree to submit the entire Action to final and binding arbitration before the American Arbitration Association in Seattle, Washington.
2. This Action shall be stayed pending resolution of arbitration.
3. The Court will retain jurisdiction, and judgment upon the award rendered by the Arbitrator may be entered in this Court.

**IT IS SO ORDERED.**

DATED:   March 24, 2017

_____
HONORABLE JESUS G. BERNAL
of the United States District Court