# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Certain Interested Underwriters at Lloyd's, London Subscribing to Certificate No. UMR: B12841126M15, an unincorporated foreign association of underwriters, a/s/o Pita Pal Industries Inc., a Texas corp., <br><br> Plaintiff, <br><br> vs. <br><br> Costco Wholesale Corporation, a Washington State corporation, and DOES 1-5, inclusive, <br><br> Defendant. | Case No: 5:16-cv-02530-JGB-KK [Assigned to Hon. Jesus G. Bernal, and Magistrate Judge Kenly Kiya Kato] (Complaint filed on December 7, 2016) <br><br> **ORDER RE JOINT STIPULATION RE REQUEST FOR DISMISSAL** <br><br> Complaint Served: December 19, 2016 <br> Current Response Date: February 17, 2017 <br> New Response Date: March 20, 2017 |

**TO ALL PARTIES HEREIN:**

Having considered the Parties' Stipulation Re Request for Dismissal and finding that good cause exists, this Court orders that:

1. With good cause, Plaintiff's case 5:16-cv-02530-JGB-KK is **DISMISSED** with prejudice pursuant to the parties' Stipulation.

DATED: June 28, 2017

**Honorable Jesus G. Bernal**
**UNITED STATES DISTRICT JUDGE**